IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY HILL, Guardian of the Person and Estate of CHRISTIAN MICHAEL HILL, ) ) ) Plaintiff, ) ) v. ) ) OKMULGEE COUNTY CRIMINAL ) JUSTICE AUTHORITY, et al ) ) Defendants. ) | Case No. CIV-18-394-SPS |

## DEFENDANT AUTHORITY'S NOTICE
## OF SUBPOENA DUCES TECUM TO NON-PARTIES

Pursuant to Fed. R. Civ. P. 45 and LCvR 45.1, Defendant Okmulgee County Criminal Justice Authority will issue the below listed subpoenas, copies of which are attached hereto. Once they are issued, they will not have personal identifiers redacted, but the attached copies do have them redacted. No testimony will be taken, and the entity to whom the subpoena is directed is being ordered only to produce the documents or things for inspections and/or copying:

| NAME AND ADDRESS | DATE/TIME/PLACE |
|---|---|
| Chickasaw Nation Medical Center<br>Attn: Medical Records<br>1921 Stonecipher Blvd<br>Ada, OK 74820<br>Fax# 580-421-4502 | March 19, 2019 at 5:00 p.m.<br>Collins, Zorn & Wagner<br>429 N.E. 50th Street<br>Oklahoma City, OK 73105 |
| Okmulgee County EMS<br>Attn: Medical Records<br>1213 E 20th<br>Okmulgee, OK 74447<br>Fax# 918-756-8564 | March 19, 2019 at 5:00 p.m.<br>Collins, Zorn & Wagner<br>429 N.E. 50th Street<br>Oklahoma City, OK 73105 |
| St. Francis Hospital<br>Attn: Medical Records<br>6161 S Yale<br>Tulsa, OK 74136<br>Fax# 918-494-1737 | March 19, 2019 at 5:00 p.m.<br>Collins, Zorn & Wagner<br>429 N.E. 50th Street<br>Oklahoma City, OK 73105 |

| | |
|---|---|
| Muscogee (Creek) Nation Medical Center<br>Attn: Medical Records<br>1401 Morris Dr<br>Okmulgee, OK 74447<br>Fax #918-758-3158 | March 19, 2019 at 5:00 p.m.<br>Collins, Zorn & Wagner<br>429 N.E. 50th Street<br>Oklahoma City, OK 73105 |
| Air Evac Lifeteam<br>Attn: Medical Records<br>1001 Boardwalk Springs Place, Ste 250<br>O'Fallon, MO 63368<br>Fax# 686-503-2096 | March 19, 2019 at 5:00 p.m.<br>Collins, Zorn & Wagner<br>429 N.E. 50th Street<br>Oklahoma City, OK 73105 |

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail:  acg@czwlaw.com

ATTORNEY FOR DEFENDANTS
OKMULGEE COUNTY CRIMINAL
JUSTICE AUTHORITY, BOARD OF
COUNTY COMMISSIONERS OF
OKMULGEE COUNTY, SAM MCCOY,
RONALD SPEARS, AND GALIAN
MURPHY

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James E. Fraiser, electronic mail at: frasier@tulsa.com
Steven R. Hickman
George M. Miles, electronic mail at: gmiles@frasierlaw.com
FRAISER, FRAISER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, OK 74107

*Attorneys for Plaintiff*

Jessica L. Dark, electronic mail at: jdark@piercecouch.com
Robert S. Lafferrandre, electronic mail at: rlafferrandre@piercecouch.com
Randall J. Wood, electronic mail at: rwood@piercecouch.com
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
*Attorney for Defendant Cody Francis*

James L. Gibbs, II, electronic mail at: jgibbs@gphglaw.com
GOOLSBY, PROCTOR, HEFFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
*Attorney for Defendant Austin Gunter*


            s/ Ambre C. Gooch
            Ambre C. Gooch